JAMES O'BEIRNE, Respondent, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

*O'Beirne v. N. Y. C. & H. R. R. R. Co.,* 37 App. Div. 547, affirmed.
(Submitted April 4, 1901; decided May 14, 1901.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered March 7, 1899, reversing a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term and granting a new trial.

*Charles C. Paulding* for appellant.

*L. E. Warren* and *James F. O'Beirne* for respondent.

Order affirmed and judgment absolute ordered for plaintiff on the stipulation, with costs; no opinion.

Concur: PARKER, Ch. J., O'BRIEN, HAIGHT, LANDON, CULLEN and WERNER, JJ. Not sitting: GRAY, J.